NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRED HUTCHINSON CANCER RESEARCH CENTER, ARGUS GENETICS, LLC, AND MARS, INC.,**
*Plaintiffs-Appellees,*

v.

**BIOPET VET LAB, INC. AND RADIO SYSTEMS CORP. (DOING BUSINESS AS PETSAFE),**
*Defendants-Appellants.*

---

2011-1249

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0616, Judge Raymond A. Jackson.

---

## ON MOTION

---

## ORDER

The parties jointly move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

AUG 2 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mark Louis Delflache, Esq.
Gregory N. Stillman, Esq.

s21

Issued As A Mandate: AUG 2 2 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2011

JAN HORBALY
CLERK